

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-0020-02 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| PRZEMYSLAW OLUBIEC | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Przemyslaw Olubiec, and adjudges him guilty of the offense charged in Count 22 of the indictment against him.

THUS DONE AND SIGNED in chambers, this 12 day of September 2012, Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE